**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7365**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOSEPH BENNETT NEAL,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-92-8-F)

───────────────

Submitted: February 22, 2001      Decided: February 28, 2001

───────────────

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Joseph Bennett Neal, Appellant Pro Se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Bennett Neal appeals the district court's order denying relief on his Motion for Reconsideration of Modification of Sentence pursuant to § 18 U.S.C.A. § 3582(c) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Neal</u>, No. CR-92-8-F (E.D.N.C. Sept. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>